IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: March 08, 2010



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Wayne L. Scharenbroch and Michelle R. Scharenbroch<br><br>Debtors. | Chapter: 7<br><br>Case No. 09-37403-MDM |

**ORDER GRANTING MOTION OF US BANK, NA FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the motion of US Bank, NA the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant") for an order for relief from the automatic stay with respect to the property located at 12309 County Road M, Kiel, WI 53042-9707, and there being no opposition thereto,

IT IS HEREBY ORDERED that motion is in all respects granted and relief from the automatic stay is granted to the movant with respect to the property located at 12309 County Road M, Kiel, WI 53042-9707.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

#####